IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    PLAINTIFF,

 v.        CIVIL NO. 11-708-DRH-DGW

ONE REMINGTON ARMS COMPANY,
INC., MODEL 7400 RIFLE .270 WIN
CALIBER, BEARING SERIAL NUMBER
8556430; ONE MARLIN FIREARMS
COMPANY, MODEL 25MN RIFLE,
.22 W.M.R. CALIBER, BEARING
SERIAL NUMBER 06496972; ONE
SAVAGE ARMS COMPANY, MODEL
110 BOLT ACTION RIFLE, 7 MM
REM MAG CALIBER, BEARING
SERIAL NUMBER F536840; ONE
NORINCO, MODEL MAK90 SPORTER
RIFLE, 7.62 X 39 MM, BEARING
SERIAL NUMBER 65509; ONE MARLIN
FIREARMS CO., MODEL 60W RIFLE,
.22 CALIBER LONG RIFLE, BEARING
SERIAL NUMBER 10524233; ONE
ROSSI MODEL M68 REVOLVER,
.38 SPECIAL CALIBER, BEARING
SERIAL NUMBER D395049; AND ONE
SMITH & WESSON, MODEL 539 SEMI-
AUTOMATIC PISTOL, 9 MM, BEARING
SERIAL NUMBER A765718,

    DEFENDANTS.

**JUDGMENT AND DECREE FOR FORFEITURE**

A default having been entered as to Angela Coleman, Joe G. Coleman, and all interested parties in the above case on the 8th day of February, 2013, [Doc. 8] all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and

counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 17th day of August, 2011, a Verified Complaint for Forfeiture against the defendants, more further described as:

> **One Remington Arms Company, Inc., Model 7400 rifle, .270 WIN caliber, bearing serial number 8556430;**
>
> **One Marlin Firearms Company, Model 25MN rifle, .22 W.M.R. caliber, bearing serial number 06496972;**
>
> **One Savage Arms Company, Model 110 bolt action rifle, 7 mm REM MAG, bearing serial number F536840;**
>
> **One Norinco, Model MAK-90 sporter rifle, 7.62 x 39 mm, bearing serial number 65509;**
>
> **One Marlin Firearms Co., Model 60W rifle, .22 caliber long rifle, bearing serial number 10524233;**
>
> **One Rossi, Model M68 revolver, .38 special caliber, bearing serial number D395049; and**
>
> **One Smith & Wesson, Model 539 semi-automatic pistol, 9 mm, bearing serial number A765718.**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g)(3).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the Bureau of Alcohol, Tobacco, Firearms and Explosives for this District seized the property on April 18, 2013;

That notice of this action was also published on an official government website ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning October 3, 2011.

That Angela Coleman, Joe G. Coleman and all interested parties were defaulted on the 8th day of February, 2013, [Doc. 8];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One Remington Arms Company, Inc., Model 7400 rifle, .270 WIN caliber, bearing serial number 8556430;**

**One Marlin Firearms Company, Model 25MN rifle, .22 W.M.R. caliber, bearing serial number 06496972;**

**One Savage Arms Company, Model 110 bolt action rifle, 7 mm REM MAG, bearing serial number F536840;**

**One Norinco, Model MAK-90 sporter rifle, 7.62 x 39 mm, bearing serial number 65509;**

**One Marlin Firearms Co., Model 60W rifle, .22 caliber long rifle, bearing serial number 10524233;**

**One Rossi, Model M68 revolver, .38 special caliber, bearing serial number D395049; and**

**One Smith & Wesson, Model 539 semi-automatic pistol, 9 mm, bearing serial number A765718**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendants as described above.

DATE:   May 10, 2013

Digitally signed by David R. Herndon
Date: 2013.05.10 08:30:57 -05'00'

**Chief Judge**
**United States District Court**